BEFORE THE FIRST DIVISION, APRIL 2, 1957

**No. 60593.**—I. B. Cohen & Sons Corp. et al. *v.* United States, protests 240765–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of dime savings banks in chief value of tin or tin plate the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), except as to the component material of chief value, the claim of the plaintiffs was sustained.

**No. 60594.**—Isaac B. Cohen & Sons Corp. et al. *v.* United States, protests 256630–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of dime savings banks the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiffs was sustained.